# United States District Court
## *Southern District of Georgia*

Larry Eugene Williams, II

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-3

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 30, 2018, Petitioner's 2255 motion is Denied. Petitioner is not entitled to a Certificate of Appealability rendering moot any request for in forma pauperis status on appeal. This action stands closed.

March 30, 2018
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk